Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave. Suite 132
Berkeley, CA 94704
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
DALILA BARAJAS

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
TINA NAICKER
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 268-5611
Tina.Naicker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BARAJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:17-CV-1551 (BAM)<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE AND ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER 14-DAY EXTENSION TO FILE OPENING BRIEF** |

STIPULATION EXTENDING BRIEFING SCHEDULE

| | |
|---|---|
| 1 | Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:18-20), IT |
| 2 | IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff |
| 3 | shall have a second extension, of fourteen (14) days, to serve and file her Opening Brief. |
| 4 | Plaintiff's counsel makes this request due to a relocation of both her business office and personal |
| 5 | |
| 6 | residence. Plaintiff's Opening Brief shall be filed on or before **September 4, 2018**. All |
| 7 | corresponding briefing deadlines are modified accordingly. |

                                                     Respectfully submitted,

Dated: August 13, 2018                     NEWEL LAW

                                          By:    *Melissa Newel*
                                                      Melissa Newel
                                                      Attorney for Plaintiff
                                                      DALILA BARAJAS

Dated: August 14, 2018                     MCGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Chief Counsel, Region IX
                                                      Social Security Administration

                                                     By:    Tina Naicker*
                                                      TINA NAICKER
                                                      (*Authorized by email dated 08/14/2018*)
                                                      Special Assistant U.S. Attorney
                                                      Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted a further extension of fourteen (14) days to serve and file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before **September 4, 2018**. All other

deadlines set forth in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **August 15, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE