# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BARAJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01551-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE: October 5, 2018** |

On August 15, 2018, an order issued granting the parties' stipulation for an extension of time for Plaintiff to file and serve her opening brief on or before September 4, 2018. (ECF No. 16.) Despite the extension of time, Plaintiff has not filed her opening brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff is **HEREBY ORDERED** to **SHOW CAUSE** why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **October 5, 2018.** In the alternative, Plaintiff may satisfy the show cause

requirement by filing her opening brief prior to the October 5, 2018 deadline. Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **September 28, 2018**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE