MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DALILA BARAJAS,<br><br>         Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:17-cv-01551-BAM<br><br>**AMENDED JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 8, 2018 to **December 28, 2018**. This is Defendant's first request for extension.[1] Good cause exists to grant Defendant's request for extension. Counsel has chronic migraines and has had a migraine since Thursday last week with little relief. Counsel's migraines impair her vision. In addition, Counsel was out on intermittent sick leave from her migraines and the flu/acute pneumonia for the past three weeks. Counsel also has over 85+ pending social security cases, which require two

---

[1] Defendant filed a stipulation on November 7, 2018 with a date for December 11, 2018 as the new deadline (Dkt. 21). However, Counsel needs additional time as Counsel did not adequately account for her upcoming leave in early December, as well as leave during the Christmas holiday season. Defendant respectfully requests December 28, 2018 as the new deadline date.

Joint Stipulation and Order                                                    Case No. 1:17-cv-01551-BAM

1

| | |
|---|---|
| 1 | or more dispositive motions a week until late December, as well as a pending Ninth Circuit case, |
| 2 | and several civil rights matters that require immediate investigation.  Due to current workload |
| 3 | demands and unanticipated leave, Counsel needs additional time to adequately review the |
| 4 | transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Counsel |
| 5 | apologizes for the belated request, but did not anticipate taking additional leave due to her |
| 6 | migraines and sickness.  Counsel made this request as soon as practicable.  The parties further |
| 7 | stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this |
| 8 | request in good faith with no intention to unduly delay the proceedings. |

Respectfully submitted,

Dated:  November 8, 2018      */s/ \*Melissa Newel*
                                                  (*as authorized by email on November 7, 2018)
                                                  MELISSA NEWEL
                                                  Attorney for Plaintiff

Dated:  November 8, 2018      MCGREGOR W. SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                     By      */s/  Tina L. Naicker*
                                                  TINA L. NAICKER
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' amended stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant is granted an extension of time to December 28, 2018, to serve and file a response to Plaintiff's Opening Brief.  All other deadlines in the Court's Scheduling Order

Joint Stipulation and Order                                                   Case No. 1:17-cv-01551-BAM

are modified accordingly. However, the parties are cautioned that further extensions of time will not be granted in this action absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **November 9, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and Order                                        Case No. 1:17-cv-01551-BAM

3