UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALILA BARAJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01551-BAM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

Currently before the Court is Defendant's motion for a second extension of time to respond to Plaintiff's Opening Brief. (Doc. 24.) Defense counsel requests a two-week extension of time to January 11, 2019, in which to file a response to Plaintiff's Opening Brief. Defense counsel explains that the extension of time is supported by good cause because (1) on Christmas Day, two elderly family members in defense counsel's family were in a severe hit-and-run car accident that resulted in hospitalization, requiring counsel to be out of the office and on leave, and (2) defense counsel has over 90 pending active matters that require briefing and dispositive motions. (Id. at 1-2.) Defense counsel represents that Plaintiff's counsel does not oppose the request for an extension of time. (Id. at 2.) No opposition has been filed.

Having considered the moving papers and supporting declaration of counsel, the Court finds good cause to support the requested. Accordingly, Defendant's motion for an extension of

time to respond to Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response to Plaintiff's Opening Brief on or before January 11, 2019.  Plaintiff's reply, if any, shall be filed no later than January 31, 2019.  The parties again are cautioned that further extensions of time will not be granted in this action absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __**January 8, 2019**__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE